# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GIOVANNI CENTENO SOZA,

    Petitioner,

    v.

WARDEN OF CALIFORNIA CITY
DETENTION FACILITY,

    Respondent.

Case No. 1:26-cv-00737-KES-SAB-HC

ORDER DENYING PETITIONER'S
MOTION TO SHORTEN TIME

(ECF No. 20)

Petitioner is a federal immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 29, 2026, the Court ordered Respondent to file a response to the petition within forty-five days. (ECF No. 13.) On February 23, 2026, Petitioner filed a motion to shorten the time for Respondent to file a response to the petition. (ECF No. 20.) The response is currently due by March 16, 2026.

The Court set a longer briefing schedule in this matter to account for the fact that the petition submitted to the Court was completed and signed by Petitioner's brother and Petitioner was ordered to notify the Court that he would appear on his own behalf to prosecute this action. The Court appreciates Petitioner's wish to proceed as expeditiously as possible. However, as the response is due in fewer than three weeks, the Court will keep the current briefing schedule.

///

1

Accordingly, the Court DENIES Petitioner's motion to shorten time.

IT IS SO ORDERED.

Dated:   **February 25, 2026**

STANLEY A. BOONE
United States Magistrate Judge