UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GIOVANNI CENTENO SOZA
(A-Number: 094-927-359),

          Petitioner,

    v.

WARDEN OF THE CALIFORNIA CITY
DETENTION FACILITY,

          Respondent.

No.  1:26-cv-00737-KES-SAB (HC)

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND REQUIRING IMMEDIATE RELEASE

Doc. 1

Petitioner Giovanni Centeno Soza is an immigration detainee proceeding with a petition for writ of habeas corpus and motion for temporary restraining order.  Docs. 1, 28.  As petitioner correctly notes in his motion for temporary restraining order, the facts and legal issues raised are materially indistinguishable from those in this Court's prior order in *J.L.R.P. v. Wofford*, No. 1:25-CV-01464-KES-SKO (HC), 2025 WL 3190589 (E.D. Cal. Nov. 14, 2025).  Doc. 28 at 3. Respondent has not made any arguments that were not addressed in *J.L.R.P.* and has not identified any relevant distinctions between this case and *J.L.R.P.*  *See* Docs. 23, 29.[1]  Given this, the petition for writ of habeas corpus is GRANTED, for the reasons addressed in *J.L.R.P.* and in

---

[1] The motion for temporary restraining order stated, in the introduction, that *J.L.R.P.* presented "materially identical circumstances."  Doc. 28 at 3.  Respondent's opposition incorporated its prior response by reference and further opposed the motion for temporary restraining order on the basis that it was untimely under Local Rule 231(b).  Doc. 29 at 2.  The Court need not address respondent's timeliness argument as the Court elects to rule directly on the petition, as respondent requests.  *See id.* ("The petition is ripe for the court's review. It is more judicially efficient to consider the petition then entertain a late-filed TRO.")  The Court nevertheless notes that respondent does not distinguish *J.L.R.P.* in its opposition to the motion for temporary restraining order, which incorporated its prior response to the petition by reference.  *See* Doc. 29.

1

petitioner's briefing in this matter.

Respondent is ORDERED to release petitioner Giovanni Centeno Soza (A-Number: 094-927-359) immediately.  Respondent is ENJOINED AND RESTRAINED from re-detaining petitioner unless there are material changed circumstances and a neutral decisionmaker determines that there is a significant likelihood of petitioner's removal in the reasonably foreseeable future, or respondent demonstrates by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker that petitioner is a flight risk or danger to the community such that his physical custody is legally justified.

Respondent is ORDERED to provide petitioner with a copy of this Order upon his release.

The Clerk of Court is directed to close this case and enter judgment for petitioner.  The Clerk is directed to serve California City Detention Center with a copy of this Order.

IT IS SO ORDERED.

Dated:   May 11, 2026

_____
UNITED STATES DISTRICT JUDGE