# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GIOVANNI CENTENO SOZA ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **1:26–CV–00737–KES–SAB** |
| **WARDEN OF CALIFORNIA CITY DETENTION FACILITY ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 5/12/2026 .**

ENTERED:    **May 12, 2026**          /s/  **Keith Holland**

Clerk of Court